NVB 8005−1 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

VELOCITY ESPORTS, INC. (LEAD CASE),
Debtor(s)

BK−25−12627−mkn
CHAPTER 11

Adversary Proceeding: 26−01075−mkn

VELOCITY ESPORTS, INC., A NEVADA CORPORATION
VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC, A NEVADA LIMITED LIABILITY COMPANY
VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC, AN ILLINOIS LIMITED LIABILITY COMPANY
VELOCITY ESPORTS NEWPORT KENTUCKY, LLC, A KENTUCKY LIMITED LIABILITY COMPANY
VELOCITY ESPORTS ORLANDO DOWNTOWN, LLC, A FLORIDA LIMITED LIABILITY COMPANY
Plaintiff(s)

vs

434 N. ORANGE INVESTMENT, LLC, A DELAWARE LIMITED LIABILITY COMPANY
MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, SOLEY AS NOMINAL GARNISHEE AND STAKEHOLDER DEFENDANT FOR PURPOSES OF NOTICE AND IMPLEMENTATION OF INJUNCTIVE RELIEF
Defendant(s)

Appeal Reference Number: 26−32

NOTICE OF REFERRAL
OF APPEAL TO
BANKRUPTCY APPELLATE PANEL

434 N. ORANGE INVESTMENT, LLC
Appellant(s)

vs

VELOCITY ESPORTS INC.
Appellee(s)

To: All Parties in Appeal
U.S. Trustee

**NOTICE IS GIVEN** that a Notice of Appeal has been filed by 434 N. ORANGE INVESTMENT, LLC with the Clerk of the Bankruptcy Court on 10/1/26.

The above appeal has been referred to the U.S. Bankruptcy Appellate Panel of the Ninth Circuit (BAP).

Dated: 10/6/26

Dan Owens
Clerk of Court