FILED

OCT 7 2026

SUSAN M. SPRAUL,
CLERK
U.S. BKCY. APP. PANEL

# UNITED STATES BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT

| | |
|---|---|
| In re:<br>VELOCITY ESPORTS, INC.,<br>Debtor. | BAP No. NV-26-1234<br>BAP No. NV-26-1235 |
| 434 N. ORANGE INVESTMENT, LLC,<br>Appellant,<br>v.<br><br>VELOCITY ESPORTS, INC.; VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC; VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC; VELOCITY ESPORTS NEWPORT KENTUCKY, LLC; VELOCITY ESPORTS ORLANDO DOWNTOWN, LLC,<br>Appellees. | Bk. No. 25-12627-mkn<br><br>Adv. No. 26-01075-mkn<br><br>**NOTICE RE NUMBER OF APPEALS** |

On October 1, 2026, Appellant 434 N. Orange Investment, LLC filed a Notice of Appeal. (Adv. Docket #60). The notice of appeal identified two orders on appeal, orally announced on September 29, 2026, which have since been entered on the docket:

(1) October 2, 2026 Order Denying Motion to Reconsider (Adv. Docket #65) (Reconsideration Order). The Reconsideration Order resolved a September 24, 2026 motion for relief from a prior order granting a supplemental funding motion. (Adv. Docket #52).

(2) October 2, 2026 Order Granting Plaintiffs' Motion for Preliminary Injunction (Adv. Docket #66) (Preliminary Injunction Order). This order resolved a May 29, 2026 Emergency Motion for Temporary Restraining Order (Adv. Docket #2) and a May 29, 2026 Emergency Motion for Preliminary Injunction (Adv. Docket #3).

Generally, a separate notice of appeal is required for each order on appeal. *See* Fed. R. Bankr. P. 8002(a). Accordingly, the Panel has opened two appeals.

**BAP NV-26-1234** will proceed as an appeal of the Reconsideration Order.

**BAP NV-26-1235** will proceed as an appeal of the Preliminary Injuction Order.

A separate filing fee is due for each appeal, payable to the Bankruptcy Court.

**FOR THE PANEL,**

*Susan M. Spraul*

Susan M. Spraul, Clerk of Court